UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IATONDA TAYLOR,

        Petitioner,        Case Number: 2:10-CV-11780

v.        HON. LAWRENCE P. ZATKOFF

HUGH WOLFENBARGER,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated April 11, 2011, this cause of action is DISMISSED WITHOUT PREJUDICE.

Dated at Port Huron, Michigan this 11th day of April, 2011.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:    s/Marie E. Verlinde

APPROVED:

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE